THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORION CORPORATION,<br><br>　　　Plaintiff/Counterclaim<br>　　　Defendant,<br><br>　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LIMITED,<br><br>　　　Defendant/Counterclaim<br>　　　Plaintiff. | Case No. 07-CV-05436 (MLC/DEA)<br>(Consolidated) |
| ORION CORPORATION,<br><br>　　　Plaintiff/Counterclaim<br>　　　Defendant,<br><br>　v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br>　　　Defendant/Counterclaim<br>　　　Plaintiff. | Case No. 08-cv-05545 (MLC/DEA)<br><br>**DEFENDANTS/COUNTERCLAIM PLAINTIFFS' NOTICE OF MOTION PURSUANT TO PARAGRAPH SIX OF THE STIPULATED PROTECTIVE ORDERS TO COMPEL PRODUCTION OF ORION AND NOVARTIS DOCUMENTS NOT PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE**<br><br>**RETURN DATE: AUGUST 17, 2009**<br>**ORAL ARGUMENT REQUESTED** |

TO:　Susan Haberman Griffen, Esq.　　　　　Gregory S. Thomas, Esq.
　　　Bryan C. Diner, Esq.　　　　　　　　　　Joseph F. Lagrotteria, Esq
　　　Charles E. Lipsey, Esq.　　　　　　　　Michael Jay Plata, Esq.
　　　M. Andrew Holtman, Esq.　　　　　　　LECLAIRRYAN
　　　Scott J. Popma, Esq.　　　　　　　　　　Two Penn Plaza East
　　　James K. Hammond, Esq.　　　　　　　Newark, New Jersey 07105
　　　Finnegan, Henderson, Farabow,
　　　Garrett & Dunner, LLP
　　　901 New York Avenue, N.W.
　　　Washington, D.C. 20001-4413

　　　Attorneys for Plaintiff Orion Corp.

{J385819 00735731.DOC}

**PLEASE TAKE NOTICE** that on **Monday, August 17, 2009** or at a time and place designated by the United States District Court, or as soon thereafter as counsel may be heard, Defendants/Counterclaim Plaintiffs Sun Pharmaceutical Industries, Ltd. and Sun Pharma Global, Inc. ("Sun"), shall move before the Honorable Douglas E. Arpert, U.S.M.J., of the United States District Court for the District of New Jersey, Trenton Vicinage, Clarkson S. Fisher Federal Building, 402 East State Street, Court Room 6W, Trenton, New Jersey, for an Order granting Sun's Motion Pursuant to Paragraph Six of the Stipulated Protective Orders to Compel Production of Orion and Novartis Documents not Protected by the Attorney-Client Privilege.

**PLEASE TAKE FURTHER NOTICE** that Sun shall rely upon its Memorandum and Certification of Counsel submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Sun hereby requests oral argument.

Date: July 20, 2009

Respectfully Submitted,

s/ Martin P. Schrama
Martin P. Schrama, Esq.
Kevin M. Hart, Esq.
STARK & STARK
A Professional Corporation
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Tel: (609) 896-9060
Fax: (609) 895-7395

OF COUNSEL:
GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum, Esq.
Paul A. Braier, Ph.D., Esq.
P. Branko Pejic, Esq.
Michael J. Fink, Esq.
Mark B. Angres, Esq.

Jill M. Browning, Esq.
1950 Roland Clarke Place
Reston, VA 20191
Telephone: (703) 716-1191

*Attorneys for Defendants/Counterclaim Plaintiffs*