THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORION CORPORATION,<br><br> Plaintiff/Counterclaim<br> Defendant,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES,<br>LIMITED,<br><br> Defendant/Counterclaim<br> Plaintiff. | CIVIL ACTION NO. 3:07-cv-05436-MLC-DEA<br>(Consolidated) |
| ORION CORPORATION,<br><br> Plaintiff/Counterclaim<br> Defendant,<br><br>v.<br><br>SUN PHARMA GLOBAL, INC.,<br><br> Defendant/Counterclaim<br> Plaintiff. | CIVIL ACTION NO. 3:08-cv-05545-MLC-DEA<br><br>**DEFENDANTS/COUNTERCLAIM<br>PLAINTIFFS' NOTICE OF<br>MOTION FOR LEAVE TO FILE<br>DOCUMENTS UNDER SEAL<br>PURSUANT TO LOCAL<br>CIVIL RULE 5.3**<br><br>**RETURN DATE: OCTOBER 19, 2009<br>ORAL ARGUMENT REQUESTED** |

TO: Susan Haberman Griffen, Esq.    Gregory S. Thomas, Esq.
   Bryan C. Diner, Esq.        Joseph F. Lagrotteria, Esq
   Charles E. Lipsey, Esq.       Michael Jay Plata, Esq.
   M. Andrew Holtman, Esq.      LECLAIRRYAN
   Scott J. Popma, Esq.        Two Penn Plaza East
   James K. Hammond, Esq.      Newark, New Jersey 07105
   Anthony A. Hartmann, Esq.
   Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
   901 New York Avenue, N.W.
   Washington, D.C. 20001-4413

*Attorneys for Plaintiff/Counterclaim*
*Defendant Orion Corporation*

**PLEASE TAKE NOTICE** that on **Monday, October 19, 2009** or at a time and place designated by the United States District Court, or as soon thereafter as counsel may be heard, Defendants/Counterclaim Plaintiffs Sun Pharmaceutical Industries, Limited and Sun Pharma Global, Inc. (collectively, "Sun"), shall move before the Honorable Douglas E. Arpert, U.S.M.J., of the United States District Court for the District of New Jersey, Trenton Vicinage, Clarkson S. Fisher Federal Building, 402 East State Street, Court Room 6W, Trenton, New Jersey, for an Order granting Sun's Motion for Leave to File Documents Under Seal Pursuant to Local Civil 5.3.

**PLEASE TAKE FURTHER NOTICE** that Sun shall rely upon its Memorandum and Certification of Counsel submitted in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Sun hereby requests oral argument.

Date:  September 14, 2009             Respectfully Submitted,

                                              s/ Martin P. Schrama  
                                              Martin P. Schrama, Esq.  
                                              Kevin M. Hart, Esq.  
                                              STARK & STARK  
                                              A Professional Corporation  
                                              993 Lenox Drive, Bldg. Two  
                                              Lawrenceville, NJ 08648  
                                              Tel: (609) 896-9060  
                                              Fax: (609) 895-7395  

                                              OF COUNSEL:  
                                              GREENBLUM & BERNSTEIN, P.L.C.  
                                              Neil F. Greenblum, Esq.  
                                              Paul A. Braier, Ph.D., Esq.  
                                              P. Branko Pejic, Esq.  
                                              Michael J. Fink, Esq.  
                                              Jill M. Browning, Esq.  
                                              Mark B. Angres, Esq.  
                                              1950 Roland Clarke Place  
                                              Reston, VA 20191

Telephone: (703) 716-1191

*Attorneys for Defendants/Counterclaim Plaintiffs*